ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Environmental Chemical Corporation ) | ASBCA No. 58871 |
| ) | |
| Under Contract No. FA8903-06-D-8511 ) | |

APPEARANCES FOR THE APPELLANT:    R. Dale Holmes, Esq.
Amy M. Kirby, Esq.
Justin J. Williams, Esq.
  Cohen Seglias Pallas
    Greenhall & Furman PC
  Philadelphia, PA

Kevin J. Kelly, Esq.
Corporate Counsel

APPEARANCES FOR THE GOVERNMENT:    Lt Col Matthew J. Mulbarger, USAF
  Air Force Chief Trial Attorney
Anna F. Kurtz, Esq.
Capt Christopher M. Kovach, USAF
Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 5 October 2015

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58871, Appeal of Environmental Chemical Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals